UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Immigration Law Office of Los Angeles, P.C., and Michael Edward Piston**,

    Plaintiff,

v.

**U.S. Small Business Administration, et al.**,

    Defendants.

Civil No. 21-12717

Honorable Gershwin A. Drain
Mag. Judge Curtis Ivy, Jr

## Notice of Appearance

Notice is given that Zak Toomey, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Defendants in the above-captioned case.

Respectfully submitted,

**SAIMA S. MOHSIN**
Acting United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
Zak.toomey@usdoj.gov

Dated: December 16, 2021

## **CERTIFICATION OF SERVICE**

I hereby certify that on December 16, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants in this case.

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
